# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES JOSEPH MAKI,

    *Petitioner*,

vs.

ROBERT LEGRAND, *et al.*,

    *Respondents*.

3:12-cv-00201-LRH-VPC

ORDER

    This closed habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's motion (#17) to reconsider the order and judgment of dismissal and motion (#18) to reconsider the denial of a certificate of appealability.

    The motions were not signed by petitioner. Under Rule 11(a) of the Federal Rules of Civil Procedure, every motion filed by an unrepresented party must be signed by the party. Execution of a certificate of service – which certifies only that a paper has been mailed -- is not the same as signing the motion itself. Nor did petitioner sign the certificate, as he instead merely printed his name. Pursuant to Rule 11(a), the Court will provide petitioner an opportunity to correct the omission by filing *signed* motions. If petitioner fails to do so timely, the motions will be stricken pursuant to the rule.

    The Court expresses no opinion as to any possible direct or indirect effect of the absence of signature and/or any later striking of the motions upon any applicable deadlines for seeking relief.

//

//

1      IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, petitioner
2 shall mail to the Clerk for filing signed motions corresponding to the presently pending ## 17 & 18.
3 If he fails to do so timely, the motions will be stricken.

4      The Clerk of Court shall SEND petitioner two copies of the current filings at ## 17 & 18.

6      DATED this 24th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE